**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDANT HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TEMPUS AI, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF GUARDANT HEALTH INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Guardant Health Inc.

("Guardant") provides the following disclosures:  Guardant does not have a parent corporation.

No publicly traded corporation owns more than ten percent of the stock of Guardant.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: */s/ David E. Moore* |
| Jennifer L. Keller | David E. Moore (#3983) |
| Chase Scolnick | Bindu A. Palapura (#5370) |
| Gregory M. Sergi | Hercules Plaza, 6th Floor |
| Craig Harbaugh | 1313 N. Market Street |
| KELLER ANDERLE SCOLNICK | Wilmington, DE  19801 |
| 18300 Von Karman, Ave., Suite 930 | Tel:  (302) 984-6000 |
| Irvine, VA 92612 | dmoore@potteranderson.com |
| Tel:  (949) 476-0900 | bpalapura@potteranderson.com |
|  |  |
| Dated:  January 17, 2025 | *Attorneys for Plaintiff Guardant Health, Inc.* |
| 11988401 / 24188 |  |