# Exhibit B

## GUARDANT360®

Assay **Specifications**

## About Guardant360

Guardant360 is a comprehensive liquid profiling test that evaluates 740 genes and includes TMB, MSI status, CHIP filtering, and methylation-based features.

### Test Specifications

| Sample input | Sample specifications | Turnaround time |
|---|---|---|
| Two 10 mL tubes of whole blood | Ship same or next day at room temperature - do not freeze or refrigerate | 7 days from sample receipt to results* |

### Performance Specifications

| Alterations | Limit of Detection at 95% Sensitivity† | Specificity | Threshold for Positivity‡ |
|---|---|---|---|
| SNVs | 0.20% | ≥99.9% | ≥0.001% |
| Indels | 0.26% | ≥99.9% | ≥0.01% |
| CNAs | 2.46 copies | ≥99.9% | ≥2.16 copies |
| Fusions/Rearrangements | 0.15% | ≥99.9% | ≥2 unique molecules |
| MSI-High | 0.05% | ≥99.9% | — |
| Tumor Fraction | 0.05% | — | — |
| TMB | ≥0.3%§ | — | — |
| Promoter Methylation | 1.6% | — | ≥5 methylated molecules |

*Median turnaround time from sample receipt to results.
†Limit of detection (LoD) defined as the allele fraction/copy number at which the test has a 95% probability of detection for oncogenic variants and genes with relevance in guidelines, drug labels, and clinical trials.
‡Indicates mutant allele fraction for detected SNVs and Indels.
§Tumor mutation burden (TMB) evaluable at or above a sample allele fraction of 0.3%.
  CHIP: Clonal Hematopoiesis of Indeterminate Potential; CNA: Copy Number Amplification; MSI: Microsatellite Instability; SNV: Single Nucleotide Variant.

**Important Note:** The Guardant360 test was developed as a Laboratory Developed Test (LDT), and its performance characteristics determined, by the Guardant Health Clinical Laboratory in Redwood City, CA, USA, which is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high-complexity testing. This test has not been cleared or approved by the US FDA.

**Client Services:** 1.855.698.8887   clientservices@guardanthealth.com   guardantcomplete.com





## Assay Specifications

### Gene Panel

| MSI status - Qualitative result | TMB - Mutations per megabase | CHIP - Potential variants noted | Tumor fraction - Percent |

ABCB1, ABL1, ABL2, ABRAXAS1, ACVR1, ACVR1B, ACVR2A, ADARB2, ADGRA2, ADGRG4, AFDN, AGGF1, AIP, AKT1, AKT1S1, AKT2, AKT3, ALB, ALK‖, ALOX12B, ALOX15B, ALOX5, AMER1, APC††, APEX1, APLNR, AR, ARAF, ARFRP1, ARHGAP35, ARID1A††, ARID1B††, ARID2, ASXL1, ATM‖**††, ATMIN, ATR††, ATRX, AURKA, AURKB, AURKC, AXIN1, AXIN2, AXL, B2M††, BABAM1, BABAM2, BAP1, BARD1, BCL2, BCL2L1, BCL2L2, BCL6, BCOR, BCORL1, BCR, BIRC5, BLM, BMPR1A, BRAF#‖, BRCA1‖**††, BRCA2‖**††, BRCC3, BRD2, BRD3, BRD4, BRIP1††, BSG

BTG1, BTG2, BTK, BUB1B, C9orf78, CALR, CARD11, CASP8, CASR, CAV1, CBFB, CBL, CBLB, CCAR1, CCN6, CCNA2, CCNB1, CCND1#, CCND2#, CCND3, CCNE1#, CCNE2, CD274, CD276, CD74, CD79A, CD79B, CDC27, CDC5L, CDC7, CDC73, CDH1††, CDH6, CDK11A, CDK12‖**††, CDK4#, CDK6#, CDK7, CDK8, CDKN1A, CDKN1B††, CDKN1C, CDKN2A‖**††, CDKN2B, CDKN2C, CEBPA, CELF4, CEP295, CFAP20, CHD4, CHEK1††, CHEK2‖**††, CIC, CMTM4, CMTM6, CNOT3, CREBBP, CRKL, CRTC1, CSF1R, CSF3R, CTC1, CTCF, CTLA4, CTNNA1, CTNNB1, CUL3, CUL4A

CUX1, CWC22, CXCR4, CYLD, CYP17A1, CYP19A1, CYP2C19, CYP3A4, DAXX, DCUN1D1, DDIT3, DDR1, DDR2, DDX17, DDX18, DDX27, DDX3X, DDX41, DEPDC5, DEPTOR, DHX15, DHX16, DHX36, DHX9, DICER1, DIS3L2, DLL4, DNAJB1, DNMT1, DNMT3A, DNMT3B, DOT1L, DPYD, DUSP4, DYNLL1, DYRK2, E2F3, ECT2L, EFTUD2, EGFR#‖, EIF1AX, EIF4A1, EIF4A2, EIF4A3, EIF4B, EIF4E, EIF4E2, ELAVL1, ELAVL2, ELF3, ELOC, EML4, EMSY, EP300, EPCAM, EPHA3, EPHA5, EPHA7, EPHB1, ERBB2# (HER2), ERBB3, ERBB4, ERCC1, ERCC2, ERCC3, ERCC4, ERCC5, ERCC6

ERCC6L2, ERCC8, EREG, ERF, ERG, ERRFI1, ESR1#‖, ETS1, ETV1, ETV4, ETV5, ETV6, EWSR1, EXO1, EZH1, EZH2, FAAP100, FAAP20, FAAP24, FANCA††, FANCB, FANCC, FANCD2, FANCE††, FANCF††, FANCG††, FANCI, FANCL††, FANCM, FAS, FAT1, FBXW7, FCGR2A, FCGR3A, FEN1, FGF1, FGF10, FGF12, FGF14, FGF19, FGF2, FGF23, FGF3, FGF4, FGF5, FGF6, FGF7, FGF8, FGF9, FGFR1#‖, FGFR2#‖, FGFR3‖, FGFR4, FH, FLCN, FLT1, FLT3, FLT4, FOXA1, FOXL2, FOXO1, FOXP1, FRS2, FUBP1, FUBP3, FUS, FYN, FZD1

FZD10, FZD2, FZD3, FZD4, FZD5, FZD6, FZD7, FZD8, FZD9, GAS6, GATA1, GATA2, GATA3, GATA4, GATA6, GEN1, GID4, GLI1, GNA11, GNA13, GNAQ, GNAS, GPATCH8, GPC3, GREM1, GRIN2A, GSK3B, GSTM1, GSTP1, H3-4, H3F3A, HACD4, HDAC2, HDAC6, HELQ, HES1, HEY1, HEYL, HGF, HNF1A, HNRNPDL, HOXB13, HRAS, HSD3B1, HSP90AA1, ICOSLG, ID3, IDH1, IDH2, IDO1, IFNG, IFNGR1, IFNGR2, IFNW1, IGF1, IGF1R, IGF2, IGF2BP3, IGF2R, IKBKE, IKZF1, IL1R1, IL2RA, IL2RB, IL2RG, IL7R, INHBA, INPP4B

INTS6L, IRF1, IRF2, IRF4, IRS2, JAK1, JAK2, JAK3, JUN, KAT6A, KAT6B, KDM4A, KDM5A, KDM5B, KDM5C, KDM6A, KDR, KEAP1‖**††, KIN, KIT#, KLF4, KLHL6, KLHL9, KMT2A, KMT2B, KMT2C, KMT2D, KNSTRN, KRAS#, LATS1, LGR4, LGR5, LGR6, LIG1, LIG4, LMO1, LRP1B, LRP2, LRP5, LRP6, LTK, LYN, LZTR1, MAD2L2, MALT1, MAP2K1, MAP2K2, MAP2K4, MAP3K1, MAP3K13, MAP4K3, MAPK1, MAPK3, MAPKAP1, MARK2, MAX, MCL1, MDC1, MDM2, MDM4, MED12, MEF2B, MEN1, MERTK, MET‖#, MGA, MGMT‡‡, MITF

MKNK1, MLH1††, MLH3, MLST8, MPL, MRAS, MRE11, MSH2††, MSH3, MSH6††, MTAP‖**††, MTHFR, MTOR, MUTYH††, MYB, MYC#, MYCL, MYCN, MYD88, MYOD1, NAB2, NBN, NCOR1, NCR1, NCR3, NEGR1, NELFE, NF1††, NF2††, NFE2L2, NFKBIA, NHEJ1, NKX2-1, NOTCH1, NOTCH2, NOTCH3, NOTCH4, NOVA1, NPM1, NPRL2, NPRL3, NRAS, NRG1‖, NSD1, NSD2, NSD3, NSRP1, NTHL1, NTRK1‖, NTRK2‖, NTRK3‖, NUMA1, NUMB, NUP93, NUTM1, P2RY8, PABPC1, PAK1, PAK3, PALB2‖**††, PARG, PARP1, PARP2, PAX3, PAX5, PAX7, PAX8, PAXIP1

PBRM1††, PCBP1, PCBP2, PCDH15, PDCD1, PDCD1LG2, PDE7A, PDGFRA#, PDGFRB, PDK1, PDPK1, PHF6, PHLPP1, PHLPP2, PHOX2B, PIAS4, PIK3C2B, PIK3CA#, PIK3CB, PIK3CD, PIK3CG, PIK3R1, PIK3R2, PIK3R3, PIM1, PIN1, PKM, PLCG2, PLEKHS1, PLRG1, PMS1, PMS2††, POLA1, POLD1, POLE††, POLH, POLQ, POT1, POU2F2, PPARG, PPIG, PPM1D, PPP2CA, PPP2R1A, PPP2R2A, PPP3CA, PPP6C, PRDM1, PREX1, PREX2, PRKAR1A, PRKCI, PRKDC, PRKN, PRMT5, PRPF40B, PRPF4B, PSENEN, PSMB10, PSMB8, PSMB9, PTCH1, PTDSS1, PTEN‖**††, PTPN11, PTPN2, PTPRD, PTPRS

PTPRT, QKI, RAB35, RAC1, RAD18, RAD21, RAD50††, RAD51††, RAD51B, RAD51C‖**††, RAD51D‖**††, RAD52, RAD54L, RAET1E, RAF1#, RARA, RASA1, RB1‖**††, RBBP6, RBM10, RBMX, RECQL, RECQL4, RET‖, REV3L, RGS1, RHEB, RHOA, RHOB, RICTOR, RIF1, RILPL1, RIT1, RNASEH2B, RNF43, ROBO1, ROBO2, ROS1‖, RPA1, RPS27A, RPS6KA3, RPS6KB1, RPS6KB2, RPTOR, RRAGC, RSPO1, RSPO2, RSPO4, RUNX1, RUNX1T1, RXRA, RYBP, SAMHD1, SDC4, SDHA††, SDHAF2, SDHB††, SDHC††, SDHD††, SEM1, SERPINB3, SERPINB4, SESN2, SETD2, SF3B1, SF3B3, SH2D1A, SHLD1

SHLD2, SLC34A2, SLFN11, SLIT2, SMAD2, SMAD3, SMAD4††, SMARCA2, SMARCA4, SMARCAL1, SMARCB1, SMARCD1, SMARCE1, SMC1A, SMC3, SMO, SNCAIP, SOCS1, SOCS3, SOS1, SOX10, SOX17, SOX2, SOX9, SPEN, SPOP, SRC, SRSF2, SRY, SS18, STAG2, STAT1, STAT3, STAT4, STK11‖**††, STK19, STK40, STN1, SUFU, SYK, SYNCRIP, TACSTD2 (TROP2), TAF1L, TAP1, TAP2, TAPBP, TBC1D7, TBX3, TCERG1, TCF7L2, TEK, TEN1, TENT5C, TERT¶, TET1, TET2, TFE3, TFRC, TGFBR1, TGFBR2, THRAP3, TIA1, TIPARP, TMEM127, TMPRSS2, TNFAIP3, TNFRSF14, TNFRSF1A

TNK2, TNPO1, TOP1, TOP2A, TOPAZ1, TP53††, TP53BP1, TP63, TP73, TPMT, TRAF2, TRAF3, TRAF7, TRIM24, TRIP13, TSC1, TSC2††, TSHR, TSHZ2, TYMP, TYMS, TYRO3, U2AF1, UBE2T, UGT1A1, UIMC1, ULBP1, ULBP3, USP28, USP7, USP9X, VEGFA, VEGFB, VHL, VIRMA, WBP11, WEE1, WRN, WT1, WWP1, XBP1, XPA, XPC, XPO1, XRCC1, XRCC2, XRCC3, XRCC4, XRCC5, XRCC6, YAP1, YES1, ZC3H13, ZC3H18, ZC3H4, ZMYM3, ZNF217, ZNF703, ZNRF3, ZRSR2

¶Includes *TERT* promoter region.   #Includes CNAs.   ‖Includes Fusions/Rearrangements.   **Includes Copy Number Losses.   ††Includes Promoter Methylation.   ‡Promoter Methylation only.
CHIP filter is based on a proprietary algorithm that identifies variants that are potentially derived from clonal hematopoiesis.

**Client Services:** 1.855.698.8887   clientservices@guardanthealth.com   guardantcomplete.com

© 2024 Guardant Health, Inc. All rights reserved. MKT-000102 R4

