# Exhibit C



# See the comparison.

Guardant360 vs. Tempus xF+ on key performance specifications.*

| | Panel size | Limit of detection at 95% sensitivity |
|---|---|---|
| **Guardant360** | **730+** | **0.20% (SNVs)**<br>**0.26% (Indels)**<br>**0.15% (Fusions)** |
| Tempus xF+ | 520+ | 0.25% (SNVs)<br>0.5% (Indels)<br>1% (Fusions) |

SNV: Single Nucleotide Variant.
*Based on publicly available information on tempus.com as of September 2024; 2024-02.
Reference: Guardant360 Specification Sheet. 2024.
Important note: Guardant360 was developed as a Laboratory Developed Test (LDT), and its performance characteristics determined, by the Guardant Health Clinical Laboratory in Redwood City, CA, USA, which is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high-complexity clinical testing. This test has not been cleared or approved by the US FDA.
© 2024 Guardant Health, Inc. All rights reserved. MKT-000449 R1.

