# Exhibit E


